# Exhibit F

# Drugs@FDA: FDA-Approved Drugs

 **SHARE (HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP?U=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/DAF/INDEX.CFM?EVENT=REPORTSSEARCH.PROCESS&RPTNAME=1&REPORTSELECTMONTH=2&REPORTSELECTYEAR=1939&NAV)**

 **TWEET (HTTPS://TWITTER.COM/INTENT/TWEET/?TEXT=DRUGS@FDA: FDA-APPROVED DRUGS&URL=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/DAF/INDEX.CFM?EVENT=REPORTSSEARCH.PROCESS&RPTNAME=1&REPORTSELECTMONTH=2&REPORTSELECTYEAR=1939&NAV)**

+

 **EMAIL (MAILTO:?SUBJECT=DRUGS@FDA: FDA-APPROVED DRUGS&BODY=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/DAF/INDEX.CFM?EVENT=REPORTSSEARCH.PROCESS&RPTNAME=1&REPORTSELECTMONTH=2&REPORTSELECTYEAR=1939&NAV)**

**Home (index.cfm)** | **Previous Page (index.cfm?panel=1#collapseReports)**

**All Approvals and Tentative Approvals**
**February 1939**

This report includes approvals of NDAs, BLAs, ANDAs, and approved supplements to those applications, and tentative ANDA/NDA approvals during the selected month. This report does *not* include BLAs/NDAs and supplements to those applications approved by **CBER (https://www.fda.gov/vaccines-blood-biologics/biologics-products-establishments)**.

Click on the Drug Name and Application Number to see information about the drug (for example, regulatory history, labeling, reviews by FDA staff).

**This report was produced on January 29, 2021.**

Month: [February] Year: [1939]   [Search]

**< Previous Month (/scripts/cder/daf/index.cfm?event=reportsSearch.process&rptName=1&reportSelectMonth=1&reportSelectYear= 1939&nav#navigation)**   **Next Month > (/scripts/cder/daf/index.cfm?event=reportsSearch.process&rptName=1&reportSelectMonth=3&reportSelectYear=1939&nav#navigation)**

CSV | Excel | Print

| Approval Date | Drug Name | Submission | Active Ingredients | Company | Submission Classification * | Submission Status |
|---|---|---|---|---|---|---|
| 02/09/1939 | **HEPARIN SODIUM NDA #000552 (/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=000552)** | ORIG-1 | HEPARIN SODIUM | ORGANON USA INC | | Approval |
| 02/09/1939 | **LIQUAEMIN LOCK FLUSH NDA #000552 (/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=000552)** | ORIG-1 | HEPARIN SODIUM | ORGANON USA INC | | Approval |
| 02/09/1939 | **LIQUAEMIN SODIUM NDA #000552 (/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=000552)** | ORIG-1 | HEPARIN SODIUM | ORGANON USA INC | | Approval |

| Approval Date | Drug Name | Submission | Active Ingredients | Company | Submission Classification * | Submission Status |
|---|---|---|---|---|---|---|
| 02/09/1939 | **LIQUAEMIN SODIUM PRESERVATIVE FREE** **NDA #000552** **(/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=000552)** | ORIG-1 | HEPARIN SODIUM | ORGANON USA INC | | Approval |

Showing 1 to 4 of 4 entries