# Exhibit H

# Drugs@FDA: FDA-Approved Drugs

**f** __SHARE (HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP?U=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/DAF/INDEX.CFM?__
__EVENT=OVERVIEW.PROCESS&APPLNO=205029)__

**🐦** __TWEET (HTTPS://TWITTER.COM/INTENT/TWEET/?TEXT=DRUGS@FDA: FDA-APPROVED__
__DRUGS&URL=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/DAF/INDEX.CFM?EVENT=OVERVIEW.PROCESS&APPLNO=205029)__

**±**

**✉** __EMAIL (MAILTO:?SUBJECT=DRUGS@FDA: FDA-APPROVED__
__DRUGS&BODY=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/DAF/INDEX.CFM?EVENT=OVERVIEW.PROCESS&APPLNO=205029)__

__Home (index.cfm)__ | __Previous Page__

**New Drug Application (NDA):** 205029
**Company:** BELCHER

**✉** __EMAIL (MAILTO:?SUBJECT=DRUGS@FDA: FDA APPROVED DRUG__
__PRODUCTS&BODY=HTTP://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/DAF/INDEX.CFM?__
__EVENT=OVERVIEW.PROCESS%26VARAPPLNO=205029)__

## __Products on NDA 205029__ ⌄

CSV | Excel | Print

| Drug Name | Active Ingredients | Strength | Dosage Form/Route | Marketing Status | TE Code | RLD |
|---|---|---|---|---|---|---|
| EPINEPHRINE | EPINEPHRINE | EQ 1MG BASE/ML (EQ 1MG BASE/ML) | SOLUTION;INTRAVENOUS, INTRAOCULAR, INTRAMUSCULAR, SUBCUTANEOUS | Prescription | None | Yes |

Showing 1 to 1 of 1 entries

## __Approval Date(s) and History, Letters, Labels, Reviews for NDA 205029__ ⌃

**Original Approvals or Tentative Approvals**

| CSV | Excel | Print |
| --- | --- | --- |

| Action Date | Submission | Action Type | Submission Classification | Review Priority; Orphan Status | Letters, Reviews, Labels, Patie |
| --- | --- | --- | --- | --- | --- |
| 07/29/2014 | ORIG-1 | Approval | Type 7 - Drug Already Marketed without Approved NDA | STANDARD | **Label (PDF) (https://www.accessda Letter (PDF) (https://www.accessda Review (https://www.accessda.fd** |

Showing 1 to 1 of 1 entries

**Supplements**

| CSV | Excel | Print |
| --- | --- | --- |

| Action Date | Submission | Supplement Categories or Approval Type | Letters, Reviews, Labels, Patient Package Insert |
| --- | --- | --- | --- |
| 05/18/2016 | SUPPL-4 | Labeling-Package Insert | **Label (PDF) (https://www.accessdata.fda.gov/drugsatfda_docs/label/2016/2050 Letter (PDF) (https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2016/** |
| 02/11/2016 | SUPPL-2 | Efficacy-New Indication | **Label (PDF) (https://www.accessdata.fda.gov/drugsatfda_docs/label/2016/2050 Letter (PDF) (https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2016/** |
| 12/03/2015 | SUPPL-3 | Manufacturing (CMC) | |
| 10/23/2015 | SUPPL-1 | Efficacy-New Indication | **Label (PDF) (https://www.accessdata.fda.gov/drugsatfda_docs/label/2015/2050 Letter (PDF) (https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2015/** |

Showing 1 to 4 of 4 entries

**Labels for NDA 205029** ⌄